IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL LAREY, TONI LAREY,
and MICHAEL H. LAREY et al.,                                                    PLAINTIFFS

v.                                  Case No. 4:14-cv-04008

ALLSTATE PROPERTY AND
CASUALTY COMPANY                                                               DEFENDANT

**ORDER**

Before the Court is Plaintiffs' Motion to Voluntarily Dismiss Plaintiffs Michael Larey and Toni Larey. (ECF No. 45). Plaintiffs' Second Amended Complaint asserts causes of action related to two homeowners insurance claims, one insurance claim filed by Plaintiffs Michael Larey and Toni Larey in 2008 and one insurance claim filed by Michael H. Larey in 2011. Michael Larey and Michael H. Larey are two different people.

On September 26, 2014, the Court dismissed all causes of action arising out of the 2008 claim. (ECF No. 33). Therefore, Michael Larey and Toni Larey's claims are no longer part of this lawsuit, and Plaintiffs ask that they be dismissed. Defendant has not responded to this motion. The Court finds that the Plaintiffs Michael Larey and Toni Larey should be dismissed.

Accordingly, Plaintiff's Motion to Voluntarily Dismiss Plaintiffs (ECF No. 45) is hereby **GRANTED**. Michael Larey and Toni Larey are hereby terminated as parties.

**IT IS SO ORDERED**, this 2nd day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge