IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL LAREY, TONI LAREY,
and MICHAEL H. LAREY et al.,                                                                    PLAINTIFFS

v.                               Case No. 4:14-cv-04008

ALLSTATE PROPERTY AND
CASUALTY COMPANY                                                                                 DEFENDANT

# ORDER

Before the Court is the parties' Joint Motion to Stay Pending Settlement Discussions. (ECF No. 55). The parties believe that a stay of ninety (90) days is necessary to complete their exchange of information and schedule a settlement conference or mediation.

The Court finds that good cause has been shown for the stay. Accordingly, the parties' Joint Motion to Stay is **GRANTED**. This action is hereby stayed for a period of ninety (90) days. The parties are directed to file a status report with the Court every thirty (30) days during the stay. The parties may send their status report in electronic form to sohinfo@arwd.uscourts.gov. The parties should note that, should they desire an additional stay at the conclusion of ninety (90) days, they should make that request by motion.

**IT IS SO ORDERED**, this 10th day of December, 2015.

                                                                                /s/ Susan O. Hickey
                                                                                Susan O. Hickey
                                                                                United States District Judge